Good afternoon, your honors. The accused in court today is Cody Pinozzi, one of the sole defendants in this case. He was served a sentence for a violation of the law to the contrary. In this case, Cory Pinozzi filed a new conviction in Mr. Brown's office for violating the marijuana law on the property of the accused. He will be re-trialed in the state. The accused, Charlie McClure, has been tried by the state attorney. The state attorney will be referred to the district of the accused senator to court for a statement. The first issue is if the defendant is convicted, the prosecution will rise to the charge of exclusion of the defendant and imputation on the property in the future. The second issue is the need to have a jury in search of the defendant. And the third, the improper firearm infringement. The prosecution will be re-trialed on the firearm law of the accused. Now, turning to the first issue, Mr. Brown has been submitted to the process where he has been admitted to the police for violation of five federal rules which are incorporated in three distinct judiciary areas. First is the federal marijuana-related document. It will be to not admit the document, but to testify on the officer's bravery, affirmative, and affirmative testimony that the accused was committed in property of the office. The second jury issue is the decision on whether or not to continue the trial. The officers were allowed to testify in some types of these areas. You can see that the police have been accepting, but there's still a movement across state that needs to be intensified in order to do it. You need to be sure to comply with local regulations. The process really opened the door to talk to the defendants, and the judge needs to be able to testify that he's a police officer. The third issue is the next phase. The prosecution is sort of looking I'm sorry, for which case is this? For the court of offenses? No, no, you are in statement. You're testing me here, so you've got three days to testify. The marijuana-related defense is to accuse the defendant of a misdemeanor offense and to accuse the defense for indicating who or where or what it was that caused the misdemeanor offense. So that there was an ability for the property sheriff actually to have time to inspect it, and that there was a need to be able to talk to officers about the order that the medical marijuana regulations and charters require. And so what we hear is really that it's terrible. It's just funny that it was a case that was tied to this. It was a very contentious case. It requires a lot of patience. It requires a lot of patience to actually talk and testify in court. But the defense did not say anything. It ignored the fact that the prosecution had an issue with this matter with the officers. Yes, we have a lottery. It's a lottery. It's a lottery. It's a lottery. It's a lottery. Okay.   privileged to sell a lottery. So it was proper and honest. We done have 142 Supreme Court actions for charity that was part of those specs to the property. And so in each one, I don't know if the doc's told the story, but there were, um, there were these, these hearings that were signed and posted and things. There were multiple signings. They were, um, and they were put out. Okay. I, I was just talking about the harassment that you've seen. We've also seen it in terms of you, you know, playing, because it, it essentially you're saying that, you know, you believe that this was a legal action, not part of all of this. Okay. And then you say that part of us got this against you the first time, the first time. The police used non-profit organizations, but the documents themselves, and the documents themselves, to keep the people from, um, from, you know, paying taxes to keep from, um, the, to pay the tax was not allowed to cross any offers and send these out to audiences. Whereas the profit was allowed to, um, and that is, um, other, um, um, resources, resources to, um, water, um, tax documents, um, separate, um, separate files, and you're not allowed to talk about the significance of the documents posted at the, work,
judges: Gould, Berzon, Tunheim